```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 05041
   JOSEFINA SANCHEZ
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-6488
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/15/05 and confirmed on 04/14/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 27031.32 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 15139.86 | .00 | 15139.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 521.95 | .00 | 387.90 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 971.14 | .00 | 721.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 520.83 | .00 | 387.07 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| D & I ELECTRONICS | UNSECURED | 700.43 | .00 | 520.54 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH WROBEL | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 6678.54 | .00 | 4963.30 |
| WORLD FINANCIAL NETWORK | UNSECURED | 457.64 | .00 | 340.10 |
| PERSONAL FINANCE | UNSECURED | 1167.79 | .00 | 867.87 |
| MARSHALL FIELD | UNSECURED | 628.30 | .00 | 466.93 |
| DAYTON HUDSON | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 244.24 | .00 | 181.51 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15139.86 | .00 | 11890.86 | .00 | 27030.72 |
| PRINCIPAL PAID | 15139.86 | .00 | 8836.94 | .00 | 23976.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 15139.86 | .00 | 8836.94 | .00 | 23976.80 |

The Debtor's attorney, JOSEPH WROBEL ESQ            , was allowed $   2200.00 and was paid $     800.00   direct and $    1400.00   through the plan.

The Trustee received $   1083.20 .

Refunds to the Debtor totaled $     571.32 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/18/08                         /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE